UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOE HAND PROMOTIONS, INC.,

        **Plaintiff,**　　　　　　　　　　　　ORDER

 - against -　　　　　　　　　　　　　　　19-cv-788 (NG) (SMG)

ROBERT DISLA and NORTHERN CAFÉ,
INC., d/b/a/ NORTHERN CAFÉ,

        **Defendants.**
-----------------------------------------------------------x
GERSHON, United States District Judge:

      By order dated July 3, 2019, the court referred to Magistrate Judge Steven M. Gold plaintiff Joe Hand Promotions, Inc.'s motion for default judgment against defendants Robert Disla and Northern Café, Inc. On February 3, 2020, Judge Gold issued a Report and Recommendation ("R&R") recommending that plaintiff's motion for default judgment be granted, that plaintiff be awarded $7,400 under the Federal Communications Act of 1934 and $2,000 under the Copyright Act, and that plaintiff be awarded $1,460 in attorneys' fees and $857.50 in costs. Judge Gold further recommended that defendants, Northern Café, Inc. and Robert Disla, be held jointly and severally liable for the total amount awarded. No objections having been filed, the court has reviewed the R&R for plain error, and finds none. Judge Gold's well considered conclusions are adopted in their entirety.

      The Clerk of Court is directed to enter judgment accordingly: plaintiff Joe Hand Promotions, Inc. is awarded $7,400 under the Federal Communications Act of 1934 and $2,000 under the Copyright Act, and $1,460 in attorneys' fees and $857.50 in costs, against defendants Robert Disla and Northern Café, Inc., jointly and severally.

SO ORDERED.

/s/
**NINA GERSHON**
**United States District Judge**

**June 24, 2020**
**Brooklyn, New York**